## D. A. PARKHURST v. STATE.
### No. 16746.

Court of Criminal Appeals of Texas.
March 28, 1934.

Lockhart & Brown, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is rape; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## J. R. READHIMER v. STATE.
### No. 16790.

Court of Criminal Appeals of Texas.
March 21, 1934.

See, also, 59 S.W.(2d) 1086; 60 S.W.(2d) 788.

Bledsoe, Crenshaw & Dupree, of Lubbock, L. G. Mathews, of Floydada, and Joiner & Cook, of Plainview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and at his request the appeal is dismissed.

Appeal dismissed.